UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
QUENTIN STARKES,
          Plaintiff,

v.

C.O. BYRD; C.O. NIEVES (Shield #1748); and
C.O. WAAL RIVERA (Shield #1725);
          Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 7270 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2020

      On March 31, 2020, defendants moved to dismiss plaintiff's amended complaint and mailed to plaintiff, who is proceeding pro se and in forma pauperis, copies of the motion and supporting documents. (Docs. ##20–22). Plaintiff's opposition to the motion was due April 17, 2020. See Fed. R. Civ. P. 6(d); Local Civil Rule 6.1(b).

      To date, plaintiff has failed to oppose the motion or seek an extension of time to do so.

      Accordingly, it is HEREBY ORDERED:

      The Court sua sponte extends to May 20, 2020, plaintiff's time to oppose the motion to dismiss. **If plaintiff fails to respond to the motion by May 20, 2020, the motion will be deemed fully submitted and unopposed.**

      If plaintiff opposes the motion, defendants' reply, if any, shall be due May 27, 2020.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 29, 2020
      White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge